**NOT FOR CITATION**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARTIN L. WATSON,

    Plaintiff,

  vs.

WARREN RUPF, Head Sheriff;
DEPUTY DUDLEY, bus driver;
SERGEANT MULLNIX, Richmond court's sergeant,

    Defendants.

No. C 05-1923 PJH (PR)

**ORDER OF DISMISSAL**

This is a civil rights case filed pro se by a prisoner at a county jail. The court's order dismissing the complaint with leave to amend was returned as undeliverable with a notation that plaintiff was no longer in custody, and the sheriff's office also wrote to inform the court that plaintiff was no longer in custody. Plaintiff has not provided a current mailing address.

More than sixty days have passed since the mail was returned. This case is **DISMISSED** without prejudice. *See* Local R. 3-11(b).

**IT IS SO ORDERED.**

Dated: August 9, 2006.

                                        PHYLLIS J. HAMILTON
                                        United States District Judge

G:\PRO-SE\PJH\CR.05\WATSON923.DSM